# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN R. TAYLOR, | Case No. CV 18-06926 SJO (AFM) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Respondent's Motion to Dismiss is granted; and (3) Judgment shall be entered denying the Petition and dismissing the action without prejudice for lack of jurisdiction.

DATED: 12/13/18

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE